Dr. HERBERT M. BERGAMINI, as Trustee, etc., Respondent, v. EDWIN W. SPARKS and PERCY KENT BAG CO., INC., Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

NATIONAL THEATRE SUPPLY COMPANY (a Foreign Corporation), Appellant, v. 1556 BROADWAY CORPORATION, BETHLEHEM PROPERTIES, INC., and 165 WEST 46TH STREET CORPORATION, Respondents. (Action No. 1.) NATIONAL THEATRE SUPPLY COMPANY (a Foreign Corporation), Appellant, v. HOWELL'S CINE EQUIPMENT CO., INC., Defendant, Impleaded with 1556 BROADWAY CORPORATION, BETHLEHEM PROPERTIES, INC., and 165 WEST 46TH STREET CORPORATION, Respondents. (Action No. 2.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

NEW YORK LIFE INSURANCE COMPANY, Appellant, v. MAX HOROWITZ and LENA HOROWITZ, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

CHARLES STEWART DAVISON and EVERETT L. THOMPSON (Formerly Known as EVERETT L. THOMPSON, JR.), Suing on Behalf of Themselves, etc., Respondents, Appellants, v. PARKE, AUSTIN & LIPSCOMB, INC., and Others, Appellants, Respondents, Impleaded with Another, Defendant.— Order unanimously modified by denying plaintiffs' motion to strike out the first, second, third and fifth separate and distinct defenses of the amended answer, and as so modified affirmed, with twenty dollars costs and disbursements to the defendants-appellants, with leave to the defendants-appellants to serve an amended answer, repleading the defense of laches, within ten days after entry of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MARIA MACIASZCZYK and PETER MACIASZCZYK, Respondents, v. CLARA SHKULNICK, as Executrix, etc., of SAMUEL SHKULNICK, Deceased, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff Maria Maciaszczyk stipulates to reduce the judgment as entered in her favor to the sum of $1,250 and unless plaintiff Peter Maciaszczyk stipulates to reduce the judgment as entered in his favor to the sum of $250, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of FRANK J. ROGERS, Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act against RUSSELL FORBES, as Commissioner of the Department of Purchase of the City of New York, and Others, Respondents.— While we believe the punishment was unduly harsh in this case, we find no legal ground for disturbing the determination. Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MORTON MOSES, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.